*Alexander C. Eustace* and *J. P. Eustace* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

FRANK W. BARTLETT, Respondent, *v.* HUNTER ARMS COMPANY, Appellant.

*Bartlett* v. *Hunter Arms Co.*, 130 App. Div. 905, affirmed.
(Argued January 27, 1910; decided February 15, 1910.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 17, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer. Also motion to dismiss said appeal.

39

*Elisha B. Powell* for appellant.

*Burton B. Parsons* for respondent.

Motion denied. Judgment affirmed, with costs; no opinion. Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.